CT Corporation

**Service of Process Transmittal**
03/15/2021
CT Log Number 539210472

| | |
|---|---|
| **TO:** | Melissa Gravlin<br>Fca US LLC<br>1000 CHRYSLER DR OFC OF<br>AUBURN HILLS, MI 48326-2766 |
| **RE:** | **Process Served in California** |
| **FOR:** | FCA US LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jonathan Lovitz, etc., Pltf. vs. FCA US, LLC, etc., et al., Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice |
| **COURT/AGENCY:** | Ventura County - Superior Court - Ventura, CA<br>Case # 56202100551809CUBCVTA |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2019 Dodge Ram 1500, VIN: 1C6SRFJT0KN810123 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/15/2021 at 15:50 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | DAVID N. BARRY<br>THE BARRY LAW FIRM<br>11845 W. Olympic Blvd., Suite 1270<br>Los Angeles, CA 90064<br>310.684.5859 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/16/2021, Expected Purge Date: 03/21/2021<br><br>Image SOP<br><br>Email Notification,  Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**           Mon, Mar 15, 2021

**Server Name:**      Paul Biafore

| | |
|---|---|
| Entity Served | FCA US LLC |
| Agent Name | C T CORPORATION SYSTEM (C0168406) |
| Case Number | 56-2021-00551809-CU-BC-VTA |
| Jurisdiction | CA |



Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

**SUM-100**

# SUMMONS
## *(CITATION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JONATHAN LOVITZ, an individual,



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Electronically
# FILED
by Superior Court of California
County of Ventura
**03/10/2021**
MICHAEL D. PLANET
Executive Officer and Clerk

Joan Foster
Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Hall of Justice<br><br>800 South Victoria Avenue<br>Ventura, CA 93009 | CASE NUMBER:<br>*(Número del Caso):*<br><br>56-2021-00551809-CU-BC-VTA |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*
David N. Barry, Esq. 11845 W. Olympic Blvd., Suite 1270, Los Angeles, CA 90064 (310) 684-5859

| | | | |
|---|---|---|---|
| | | Michael D. Planet | |
| DATE:<br>*(Fecha)* 03/10/2021 | Clerk, by<br>*(Secretaria)* Joan Foster | Joan Foster | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, JONATHAN LOVITZ

**Electronically FILED**
by Superior Court of California
County of Ventura
**03/10/2021**
MICHAEL D. PLANET
Executive Officer and Clerk

Joan Foster
Joan Foster
Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF VENTURA – HALL OF JUSTICE**

| | |
|---|---|
| JONATHAN LOVITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 56-2021-00551809-CU-BC-VTA<br><br>**COMPLAINT FOR DAMAGES**<br><br><br><br>*Assigned for all purposes to the Hon.*<br>*in Dept.* |

1. Breach of Implied Warranty of Merchantability under the Song-Beverly Warranty Act.
2. Breach of Express Warranty under the Song-Beverly Warranty Act.

JURY TRIAL DEMANDED.

-1-
**COMPLAINT FOR DAMAGES**

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

PLAINTIFF JONATHAN LOVITZ, an individual, hereby alleges and complain as follows:

## GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1.     Defendant, FCA US, LLC (hereinafter referred to as "Manufacturer"), is a limited liability company doing business in the County of Ventura, State of California and, at all times relevant herein, was/is engaged in the manufacture, sale, distribution, and/or importing of Dodge motor vehicles and related equipment.

2.     The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants, Does 1 through 20, inclusive, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to set forth their true names and capacities when they have ascertained them. Further, Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as a "Doe" is responsible in some manner for the events and happenings herein referred to and caused injury and damage to Plaintiff as herein alleged.

3.     Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, Defendants, and each of them, were the agents, servants, and/or employees of each of their Co-Defendants. Plaintiff is informed and believes, and thereon alleges, that in doing the things hereinafter alleged Defendants, and each of them, were acting in the course and scope of their employment as such agents, servants, and/or employees, and with the permission, consent, knowledge, and/or ratification of their Co-Defendants, principals, and/or employers.

4.     On or about March 20, 2019, Defendants Manufacturer and Does 1 through 20 inclusive, manufactured and/or distributed into the stream of commerce a new 2019 Dodge RAM 1500, VIN 1C6SRFJT0KN810123 (hereinafter referred to as the "Vehicle") for its eventual sale/lease in the State of California.

5.     On or about April 20, 2019, Plaintiff leased, a new 2019 Dodge RAM 1500, for personal, family, and/or household purposes. The lease agreement is in the possession of Defendants.

///

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

6. The Subject Vehicle was/is a "new motor vehicle" under the Song-Beverly Warranty Act.

7. Along with the lease of the Vehicle, Plaintiff received written warranties and other express and implied warranties including, but not limited to, warranties from Manufacturer that the Vehicle and its components would be free from all defects in material and workmanship; that the Vehicle would pass without objection in the trade under the contract description; that the Vehicle would be fit for the ordinary purposes for which it was intended; that the Vehicle would conform to the promises and affirmations of fact made; that Defendants, and each of them, would perform any repairs, alignments, adjustments, and/or replacements of any parts necessary to ensure that the Vehicle was free from any defects in material and workmanship; that Defendants, and each of them, would maintain the utility of the Vehicle for Three (3) years or 36,000 miles under the basic warranty and Five (5) years or 60,000 miles under the powertrain warranty and would conform the Vehicle to the applicable express warranties. (A copy of the written warranty is in the possession of the Defendants).

8. Plaintiff has duly performed all the conditions on Plaintiff's part under the lease agreement and under the express and implied warranties given to Plaintiff, except insofar as the acts and/or omissions of the Defendants, and each of them, as alleged herein, prevented and/or excused such performance.

9. Plaintiff has delivered the Vehicle to the Manufacturer's authorized service and repair facilities, agents and/or dealers, on at least Four (4) separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities. Repair Orders/Invoices are in the possession of Defendants.

10. By way of example, and not by way of limitation, Plaintiff has submitted the subject Vehicle for defects and malfunctions, specifically with Recall V71 for Occupant Restraint Controller, steering wheel binding up, inoperable seat heater, startup issues, battery problems, inoperable radio and Bluetooth, abnormal chipping noises, air conditioning malfunction, check engine light, water leaking, warning lights, Recall W63 for Drivers Side Floor Mat, and abnormal noises coming from the brakes.

-3-
**COMPLAINT FOR DAMAGES**

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #:1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

11.     Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-authorized service and repair facility, Plaintiff notified Defendants, and each of them, of the defects, malfunctions, misadjustments, and/or nonconformities existent with the Vehicle and demanded that Manufacturer or its representatives repair, adjust, and/or replace any necessary parts to conform the Vehicle to the applicable warranties.

12.     Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-authorized service and repair facility, Defendants, and each of them, represented to Plaintiff that they could and would conform the Vehicle to the applicable warranties, that in fact they did conform the Vehicle to said warranties, and that all the defects, malfunctions, misadjustments, and/or nonconformities have been repaired; however, Manufacturer or its representatives failed to conform the Vehicle to the applicable warranties because said defects, malfunctions, misadjustments, and/or nonconformities continue to exist even after a reasonable number of attempts to repair was given.

13.     The amount in controversy exceeds TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendants, together with equitable relief. In addition, Plaintiff seeks damages from Defendants, and each of them, for incidental, consequential, exemplary, and actual damages including interest, costs, and actual attorneys' fees.

///
///
///
///
///
///
///
///
///
///

-4-
**COMPLAINT FOR DAMAGES**

**FIRST CAUSE OF ACTION**

**Breach of Implied Warranty of Merchantability under Song-Beverly Warranty Act**

**Against all Defendants**

14.　Plaintiff realleges each and every paragraph (1-13) and incorporates them by this reference as though fully set forth herein.

15.　The distribution and sale of the Vehicle was accompanied by the Manufacturer implied warranty that the Vehicle was merchantable.

16.　Furthermore, Defendants, and each of them, impliedly warranted, inter alia, that the Vehicle would pass without objection in the trade under the contract description; that the Vehicle was fit for the ordinary purposes for which it was intended; that the Vehicle was adequately assembled; and/or that the Vehicle conformed to the promises or affirmations of fact made to Plaintiff.

17.　As evidenced by the defects, malfunctions, misadjustments, and/or nonconformities alleged herein, the Vehicle was not merchantable because it did not have the quality that a buyer would reasonably expect, because it could not pass without objection in the trade under the contract description; because it was not fit for the ordinary purposes for which it was intended; because it was not adequately assembled; and/or because it did not or could not be conformed to the promises or affirmations of fact made to Plaintiff.

18.　Upon discovery of the Vehicle's nonconformities, Plaintiff took reasonable steps to notify Defendants, and each of them, within a reasonable time that the Vehicle did not have the quality that a buyer would reasonably expect and, further, justifiably revoked acceptance of the nonconforming Vehicle.

19.　Plaintiff hereby gives written notice and justifiably revokes acceptance of the nonconforming Vehicle under the Commercial Code sections 2607 and 2608. Plaintiff further demands that the Manufacturer cancel the sale, take back the nonconforming Vehicle, refund all the money expended, pay the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted, and/or pay damages under the Commercial Code sections 2711, 2714, and 2715. Defendants, and each of them, have, however, refused to

-5-
**COMPLAINT FOR DAMAGES**

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

1   comply.

2       20.    Plaintiff hereby gives written notice and makes demand upon Manufacturer for

3   replacement or restitution, pursuant to Song-Beverly. Defendants, and each of them, knew of their

4   obligations under Song-Beverly; however, despite Plaintiff's demand, Defendants and each of

5   them, have intentionally failed and refused to make restitution or replacement pursuant to Song-

6   Beverly.

7       21.    As a result of the acts and/or omissions of the Defendants, and each of them, Plaintiff

8   has sustained damage in the amount actually paid or payable under the contract, plus prejudgment

9   interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the

10   exact amount thereof when that amount is ascertained.

11       22.    As a further result of the actions of Defendants, and each of them, Plaintiff has

12   sustained incidental and consequential damages in an amount yet to be determined, plus interest

13   thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the exact

14   amount of incidental damages when that amount is ascertained.

15       23.    As a further result of the actions of Defendants, and each of them, Plaintiff has

16   sustained damages equal to the difference between the value of the Vehicle as accepted and the

17   value the Vehicle would have had if it had been as warranted.

18       24.    As a direct result of the acts and/or omissions of Defendants, and each of them, and

19   in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to

20   Song-Beverly, Plaintiff, in addition to other remedies, is entitled to the recovery of attorneys' fees

21   based upon actual time expended and reasonably incurred, in connection with the commencement

22   and prosecution of this action.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## SECOND CAUSE OF ACTION

### Breach of Express Warranty under Song-Beverly Warranty Act

### Against all Defendants

25.     Plaintiff realleges each and every paragraph (1-24) and incorporates them by this reference as though fully set forth herein.

25.     The Vehicle had defects, malfunctions, misadjustments, and/or nonconformities covered by the warranty that substantially impaired its value, use, or safety to Plaintiff.

26.     Plaintiff delivered the Vehicle to Manufacturer or its authorized repair facilities for repair.

27.     Defendants, and each of them, failed to service or repair the Vehicle to match the written warranty after a reasonable number of opportunities to do so.

28.     The acts and/or omissions of Defendants, and each of them, in failing to perform the proper repairs, part replacements, and/or adjustments, to conform the Vehicle to the applicable express warranties constitute a breach of the express warranties that the Manufacturer provided to Plaintiff, thereby breaching Defendants' obligations under Song-Beverly.

29.     Defendants, and each of them, failed to perform the necessary repairs and/or service in good and workmanlike manner. The actions taken by Defendants, and each of them, were insufficient to make the Subject Vehicle conform to the express warranties and/or proper operational characteristics of like Vehicles, all in violation of Defendants' obligations under Song-Beverly.

30.     Plaintiff hereby gives written notice and makes demand upon Manufacturer for replacement or restitution, pursuant to Song-Beverly. Defendants and each of them, knowing their obligations under Song-Beverly, and despite Plaintiff's demand, failed and refused to make restitution or replacement according to the mandates of Song-Beverly. The failure of Defendants, and each of them, to refund the price paid and payable or to replace the Vehicle was intentional and justifies an award of a Civil Penalty in an amount not to exceed two times Plaintiff's actual damages.

31.     As a result of the acts and/or omissions of Defendants, and each of them, and

-7-

**COMPLAINT FOR DAMAGES**

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

pursuant to the provisions of the Song-Beverly, Plaintiff is entitled to replacement of the Vehicle or restitution of the amount actually paid or payable under the contract, at Plaintiff's election, plus prejudgment interest thereon at the legal rate. Plaintiff will seek leave of Court to amend this Complaint to set forth the exact amount of restitution and interest, upon election, when that amount has been ascertained.

32.   Additionally, as a result of the acts and/or omissions of Defendants, and each of them, and pursuant to Song-Beverly, Plaintiff has sustained and is entitled to consequential and incidental damages in amounts yet to be determined, plus interest thereon at the legal rate. Plaintiff will seek leave of the court to amend this complaint to set forth the exact amount of consequential and/or incidental damages, when those amounts have been ascertained.

33.   As a direct result of the acts and/or omissions of Defendants, and each of them, and in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to Song-Beverly, Plaintiff, in addition to other remedies, is entitled to the recovery of attorneys' fees based upon actual time expended and reasonably incurred, in connection with the commencement and prosecution of this action.

///
///
///
///
///
///
///
///
///
///
///
///
///

Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM

CASE #:56-2021-00551809-CU-BC-VTA RECEIPT #: 1210311D49980 DATE PAID : 03/11/21 1:34 PM TOTAL : 435.00 TYPE : EFT

## PRAYER FOR RELIEF

2    WHEREFORE, Plaintiff pray for judgment against all Defendants, and each of them, as

3    follows:

4        A. For replacement or restitution, at Plaintiff's election, according to proof;

5        B. For incidental damages, according to proof;

6        C. For consequential damages, according to proof;

7        D. For a civil penalty as provided in Song-Beverly, in an amount not to exceed two

8            times the amount of Plaintiff's actual damages;

9        E. For actual attorney's fees, reasonably incurred;

10       F. For costs of suit and expenses, according to proof;

11       G. For the difference between the value of the Vehicle as accepted and the value the

12           Vehicle would have had if it had been as warranted;

13       H. For remedies provided in Chapters 6 and 7 of Division 2 of the Commercial Code;

14       I.  For pre-judgment interest at the legal rate;

15       J.  Such other relief the Court deems appropriate.

16

Date:   March 9, 2021                        THE BARRY LAW FIRM

By: _____

                                             DAVID N. BARRY, ESQ.
                                             Attorney for Plaintiff,
                                             JONATHAN LOVITZ

-9-
**COMPLAINT FOR DAMAGES**

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF VENTURA

**800 South Victoria Avenue**
**Ventura , CA 93009**
**(805) 289-8525**
WWW.VENTURA.COURTS.CA.GOV

## NOTICE OF CASE ASSIGNMENT AND MANDATORY APPEARANCE

Case Number: **56-2021-00551809-CU-BC-VTA**

Your case has been assigned for all purposes to the judicial officer indicated below.

**A copy of this Notice of Case Assignment and Mandatory Appearance shall be served by the filing party on all named Defendants/Respondents with the Complaint or Petition, and with any Cross-Complaint or Complaint in Intervention that names a new party to the underlying action.**

| ASSIGNED JUDICIAL OFFICER | COURT  LOCATION | DEPT/ROOM |
|---|---|---|
| Hon. Benjamin Coats | Ventura | 43 |

| HEARING | | |
|---|---|---|
| **EVENT DATE** | **EVENT TIME** | **EVENT DEPT/ROOM** |
| | | |

## SCHEDULING INFORMATION

**Judicial Scheduling Information**

**APPEARANCE AT THE ABOVE HEARING IS MANDATORY.**
**Each party must file a Case Management Statement no later than 15 calendar days prior to the hearing and serve it on all parties.  If your Case Management Statement is untimely, it may NOT be considered by the court (CRC 3.725).**
**If proof of service and/or request for entry of default have not been filed:  At the above hearing you are ordered to show cause why you should not be compelled to pay sanctions and/or why your case should not be dismissed  (CCP 177.5, Local Rule 3.17).**

**Advance Jury Fee Requirement**

At least one party demanding a jury trial on each side of a civil case must pay a non-refundable jury fee of $150. The non-refundable jury fee must be paid timely pursuant to Code of Civil Procedure section 631.

**Noticed Motions/Ex Parte Matters**

To set an ex parte hearing, contact the judicial secretary in the assigned department.  Contact the clerk's office to reserve a date for a law and motion matter.

**Telephonic Appearance**

Telephonic appearance at the Case Management Conference is permitted pursuant to CRC 3.670.  In addition, see Local Rule 7.01 regarding notice to the teleconference provider.  The court, through the teleconference provider, will contact all parties and counsel prior to the hearing.

Date: 03/11/2021

Clerk of the Court,

By: _Joan Foster_

Joan Foster, Clerk

VEN-FNR082

*(left margin, vertical text)* Ventura Superior Court Accepted through eDelivery submitted 03-10-2021 at 12:12:55 PM